# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JOHN DOE and OBESITY ACTION
COALITION, INC.,

                Plaintiff,

-against-

HEALTHPLUS HP, LLC,
EMPIRE HEALTHCHOICE HMO INC., and
EMPIRE HEALTHCHOICE ASSURANCE, INC.,

                Defendants.

-----------------------------------------------------------X

19 CIVIL 3491 (JGK)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 8, 2020, Plaintiffs JOHN DOE and OBESITY ACTION COALITION, INC., and Defendants HEALTHPLUS HP, LLC, EMPIRE HEALTHCHOICE HMO INC., and EMPIRE HEALTHCHOICE ASSURANCE, INC., by and through counsel, have stipulated that Plaintiffs' claims against Defendants in this action be voluntarily dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1); Plaintiffs and Defendants shall each bear their own and counsel fees, in connection with the prosecution and/or defense of this action, that have accrued from the commencement of this action up to and including the date of the Stipulation and Order of Voluntary Dismissal without prejudice; judgment is hereby entered and the action is dismissed without prejudice; accordingly, this case is closed.

**Dated:** New York, New York
         March 10, 2020

                                              RUBY J. KRAJICK
                                                   Clerk of Court

BY:

                                                      Deputy Clerk

...MENT WAS ENTERED
...THE DOCKET ON 3/10/2020